UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:07-CR-00022-S |
| ANA MARIA SANTI | : | |

MOTION TO EXCLUDE TIME

NOW COMES the undersigned, defense counsel for Ana Maria Santi and moves to exclude the period from today's date, March 2, 2007 through and including April 3, 2007 from the speedy trial clock pursuant to 18 USC § 3161(H)(1)A). On March 1, 2007, defense counsel spoke with Attorney James Milstein who has been appointed to represent Ms. Santi in parallel charges filed in the State of New York. Mr. Milstein advised defense counsel that he was having a court-appointed psychiatrist evaluate Ms. Santi based on mental health issues that had been present with her. Accordingly, in order to allow the evaluation to proceed toward a conclusion, defense counsel feels it is in his client's best interest that the time between the filing of this motion and the completion of the evaluation be excluded pursuant to the Speedy Trial Act.

Ana Maria Santi
By her Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 2nd March, 2007, I served by electronic notification the within motion to Adi Goldstein, AUSA.

/s/ Edward C. Roy