AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U. S.

v.

Ana Maria Santi

## APPEARANCE

Case Number: CR07-22-02S.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ana Maria Santi, the defendant.

I certify that I am admitted to practice in this court.

4-4-07

Date

Edward C Roy

Signature

Edward C. Roy, Jr. 3029

Print Name Bar Number

10 WEYBOSSET STREET

Address

PROVIDENCE RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number