646891

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ANA MARIE SANTI

## WARRANT FOR ARREST

CASE NUMBER: CR 07-22-02S

FEB 2 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANA MARIE SANTI
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to distribute anabolic steroids and human growth hormone
Distribution of human growth hormone
Distribution of anabolic steroids
Health Care Fraud

in violation of Title 18; 21 United States Code, Section(s) 371 2, 1347, 1956(a)(1); 333(e)(1), 841(a)(1)(b)(1)(D)

Jeannine Noel
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

February 21, 2007 Providence, RI
Date and Location

Bail fixed at $ ____ by ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Albany Cty Corr, Albany, NY | | |
| DATE RECEIVED 02/21/2007<br>DATE OF ARREST 04/02/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.