**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-22S** |
| | ) | |
| **ANA MARIA SANTI** | ) | |

---

# MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Ana Maria Santi, by and through his counsel, and moves this Honorable Court to continue this matter currently scheduled for empanelment on July 31, 2007 for an additional thirty (30) days. Further, the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act.

In support of this motion counsel states that the defendant has pled and needs the additional time to meet with the defendant and review the very complex indictment.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The government, through AUSA Adi Goldstein, indicates it has no objection to the granting of this motion.

Respectfully submitted
Ana Maria Santi
By her attorney,

/s/ Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Adi Goldstein, AUSA on the 5th day of July 2007.

/s/ Edward C. Roy