# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

RECEI

U.S. MARSHALS

*Case No. CR07-22-02S*

JUN 20 2007

District of Rhode Isl...

***To:*** ***Warden, ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ANA MARIA SANTI**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **13th** day of **July, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible] and return that [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: June 19, 2007.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** Wendy Geile

***Wendy Geile - Deputy Clerk*** for proceedings

39