UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-022 S

ANA MARIA SANTI :

DEFENDANT'S OBJECTION TO PRE-SENTENCE REPORT

NOW comes the defendant, Ana Maria Santi, and objects to the Pre-Sentence Report, paragraph 23. The defendant objects as follows:

1. Paragraph 23 of the PSR assigns a two level increase in the defendant's offense level because the "government has advised that two items held for sale, for which the defendant wrote prescriptions, were Finasteride and Dustasteride, which are listed under federal law as masking agents." No allegations relating to either substance were disclosed prior to the defendant's signing a plea agreement.

2. The indictment did not allege that the defendant had wrote prescriptions for either substance.

3. The government did not allege at the plea colloquy that the defendant had written prescriptions for either substance.

4. In the government version set out in the Pre-Sentence Report, at paragraph 7, the government does not allege that the defendant had written prescriptions for either substance.

5. The plea agreement filed by the parties in this case, D.E. 22, contains references to a number of controlled substances, § 3.1, but does not refer to Finasteride or Dusasteride.

6. As far as defense counsel can determine, the only reference in this case to

Finasteride or Dustasteride is in the PSR at paragraph 22.

7. Paragraph 3 of the Plea Agreement limits the scope of the defendant's relevant conduct and prevents the government from now claiming that other relevant conduct should increase the defendant's offense level.

For these reasons, the defendant asks that this Honorable Court sustain the foregoing objection to the Pre-Sentence Report.

ANA MARIA SANTI,
By her attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Objection to be served upon Adi Goldstein, AUSA on the 3rd day of October, 2007.

/s/ Edward C. Roy, Esquire