UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 07-22 S |
| ANA MARIA SANTI | : | |

DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM

In order to supplement some of the contentions made in the sentencing memorandum filed on behalf of Ana Maria Santi, the defendant hereby submits a report from Federal Investigator Daniel Fortier. ( See attached report dated October 19, 2007.) This will supplement that portion of the memorandum contained on pages 4 and 5 concerning Naomi and Stan Loomis, the owners of Signature Pharmacy.

ANA MARIA SANTI,
By her attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and on Kristin Mattias, USPO on the 22nd day of October, 2007.

/s/ Edward C. Roy, Esquire