# Report of Investigation

**Name of Client:** Ana Maria Santi
**File Number:** 2007-
**Request By:** Atty. Edward Roy

**Date:** 10/19/07
**Report By:** **Daniel Fortier**

On 10/19/07, this investigator reviewed the assets of Naomi Leigh Loomis (05/22/1973), 9640 Weatherstone Ct., Windmere, Florida, that are listed on LexisNexis.

According to those records, Naomi Loomis is the registrant of the following motor vehicles registered in Florida:

1) 2006 Harley Davidson Flstni
2) 2005 Cadillac Escalade ESV–Signature Pharmacy Inc. is also listed in the registrant information for this vehicle.
3) 2007 Nissan Sentra
4) 2007 Nissan Quest Sport Van
5) 2007 Lexus LS 460L
6) 2005 Mercedes Benz SL 500–Signature Pharmacy Inc. is also listed in the registrant information for this vehicle.
7) 2006 Porsche 911 Carrearas Cab–Signature Pharmacy Inc. is also listed in the registrant information for this vehicle.
8) 2004 Lexis SC 430 (long term lease)

Naomi Loomis is listed as the owner of the following boat registered in Florida:
1) Vessel Manufacturer: Malibu Boats Inc.:Fiberglass.: Inboard Motor.: Pleasure-Vessel.: 2002

Robert Stanley Loomis TR & Naomi Loomis TR are listed as the owners of the following real estate:
Address: 5097 Latrobe Drive, Windmere, Florida
Sale Price: $1,840,000
Recording Date: 06/30/2006

Robert S. Loomis is listed as the owner of the following real estate:
Address: 10636 Park Ridge Gotha Road, Windmere, Fl
Sale Price: $1,500,000
Recording Date: 05/23/2006