UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-22 S

ANA MARIA SANTI :

DEFENDANT'S SECOND SUPPLEMENT TO SENTENCING MEMORANDUM

_____In order to supplement the sentencing recommendation made by defense counsel, counsel would direct the court's attention to a decision by the United States Court of Appeals for the Fourth Circuit, United States v. Shortt, 485 F. 243 (4th Cir. 2007). (The decision is attached hereto.) In Shortt, the Fourth Circuit affirmed the imposition of an above-guidelines sentencing variance sentence of twelve months and one day. Shortt was a physician who prescribed anabolic steroids for members of the Carolina Panthers National Football League team. Some aspects of Shortt's criminal activities are more aggravating than the actions of Ana Maria Santi. In particular, Shortt went to great lengths to "mask" the fact that professional football players were receiving banned steroids. Most significantly, Shortt lacked remorse. In the case of Ana Maria Santi, she is truly remorseful for what she did. She plead guilty early on in this case.

ANA MARIA SANTI,
By her attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and on Kristin Mattias, USPO on the 31st day of October, 2007.

/s/ Edward C. Roy, Esquire