*Board for Professional Medical Conduct*

Corning Tower • Empire State Plaza • Albany, NY 12237 • (518) 474-8357

Mark R. Chassin, M.D., M.P.P., M.P.H.
Commissioner

C. Maynard Guest, M.D.
Executive Secretary

May 6, 1994

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Ana Maria Santi, M.D.
3 Holder Place
Forest Hills, New York 11375

RE: License No. 113491

Dear Dr. Santi:

Enclosed please find Order #BPMC 94-69 of the New York State Board for Professional Medical Conduct. This Order and any penalty provided therein goes into effect upon receipt of this letter or seven (7) days after the date of this letter, whichever is earlier.

If the penalty imposed by the Order is a surrender, revocation or suspension of this license, you are required to deliver to the Board the license and registration within five (5) days of receipt of the Order.

Board for Professional Medical Conduct
New York State Department of Health
Empire State Plaza
Tower Building-Room 438
Albany, New York 12237-0756

Sincerely,

C. Maynard Guest

C. Maynard Guest, M.D.
Executive Secretary
Board for Professional Medical Conduct

Enclosure

cc: Walter Marcus, Esq.
Kern, Augustin, Conroy & Shippman
420 Lakeville Road
Lake Success, New York 11042

Roy Nemerson, Esq.