HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

The New York Times
Tuesday, October 17, 2006
Health

WORLD U.S. N.Y. / REGION BUSINESS TECHNOLOGY SCIENCE HEALTH SPORTS OPINION ARTS
AUTOS
FITNESS & NUTRITION HEALTH CARE POLICY MENTAL HEALTH & BEHA
PRINT
SINGLE PAGE
SAVE
ARTICLE TOOLS SPONSORED BY
DO YOU WANT LIES WITH THAT?

# The Great Pretenders

By KELLY CROW
Published: January 14, 2001

For such people, the opportunity to assume an alter ego overshadows all consequences. But there is no romance to Le Loi's running to the emergency room with a septic face, nothing appealing in the story of Joel Cunningham, a 33-year-old Jersey City man who died from a botched tummy tuck on Jan. 8, 1998.

Mr. Cunningham had plans to enter the New York City Police Academy. But first, he visited LaFontaine Rish Medical Associates, a cosmetic surgery clinic on West 57th Street.

The owner, Sonia LaFontaine, claimed she had a knack for visualizing improvements in people's features. She opened her clinic, complete with indoor fountain, in 1990, and she aggressively marketed the practice. She approached people on the street. She had limousines pick up reluctant patients. She did hundreds of lesion removals, lip enlargements and varicose vein treatments, sometimes with scissors and other times with a device that looked like a soldering iron.

Her name never showed up on insurance bills, however, because she was not a plastic surgeon. She was not a doctor of any kind. Ms. LaFontaine, who also went by the name Sonia Froom, instead paid a few surgeons at the clinic to sign off on her work, said Herbert Hadad, a spokesman for the United States attorney's office, which later prosecuted the case. At its height in 1995, her clinic pulled in $800,000, court records say.

[redacted]

Now, three years and at least four lawyers later, Ms. LaFontaine awaits sentencing in March. Her lawyer, John Pollok, said she could not speak about the case. She was not charged with Mr. Cunningham's death, but she was convicted last July on 17 counts of mail fraud, witness tampering and conspiracy. Dr. Santi, who lost her license, would not comment on the case, said her lawyer, James Kenneally.

CLINICS are popular with fake doctors, investigators say, precisely because they are often private, overseen by one physician and a loyal staff of nurses. But when nurses are the impostors, they seem to

prefer public hospitals and per diem agencies. As temporary workers, they can avoid scrutiny by changing assignments each day. As home health care aides, they can avoid scrutiny by working alone.

"Hospitals exercise a lot of control over their staff, especially nurses, since they're at the bottom of the chain," said Mr. Kelleher, the state investigator. "But if someone is only there for a day, no one will probably notice they have no idea what they're doing."

Walk into any hospital break room and scan the walls. There will probably be a bulletin board showing faces to watch out for. Faces that look kind and unsuspecting. Faces of fake nurses like Nancy J. Fox.

Ms. Fox is 48, with doe eyes, a button nose, and short, thick hair. In January 1999, she began working as an oncology nurse at the Hospital Insurance Plan Center in Elmhurst, Queens, also called the Queens-Long Island Medical Center. She got the job through an agency called Winston Personnel Services, which finds work for hundreds of nurses in a four-state area.

To qualify, nurses must present a nursing license and certification and two forms of picture identification, said an executive at Winston who spoke on the condition of anonymity. But court records show that Ms. Fox gave Winston an expired nursing certificate number belonging to a retired nurse named Furchak and a certificate number issued to a nurse named Burke. (Pretend nurses often have friends in the field, agents say, and sometimes they borrow or steal a friend's documents to alter or photocopy.)

< PREVIOUS PAGE 1 | 2 | 3 | 4 | 5 | 6 NEXT PAGE >

More Articles in Health >