8-23-05

**American Pharmaceutical Group, LLC**
136-17 Willowsbrook Drive
North Brunswick, NJ 08902
(732) 297-5365
fax (732) 297-8390

PAGE 1 OF 2

d, **Amount:** ____________

**Shipping via:**

- [x] Standard Overnight $15.00 — $15.00
- [ ] Priority Overnight $20.00
- [ ] Saturday Delivery $25.00
- [ ] Second Day $12.00

**Order:**

| Qty | Item | Price | Total |
|---|---|---|---|
| ____ | Testosterone Cypionate 200mg/ml, 10 ml, | $19.00 | |
| ____ | Nandrolone Decanoate 200mg/ml, 10 ml, | $75.00 | |
| #4 | Somatotropin 27 iu vial | $135.00 | $540.00 |
| ____ | Somatotropin, 18 iu vial | $ 90.00 | |
| #2 | Chorionic Gonadotropin Compound, 10,000 iu vial | $18.00 | $36.00 |
| ____ | Ultratest, 10 ml vial | $70.00 | |
| ____ | Testosterone Aq Suspension 100 mg/ml | $20.00 | |
| #2 | Testosterone 20% PLO CREAM 60gm | $30.00 | $60.00 |
| #30 | Anastrozole Capsule | | $75.00 |

↑ "REFILLS" ↓

- [ ] 0.25 mg cap, $1.00 each — #0.75mg. @ $2.50
- [ ] 0.5 mg cap, $1.75 each
- [ ] 1 mg cap, $3.00 each
- [ ] 1.5 mg cap, $4.16 each

____ Oxandrolone Capsules

- [ ] 12.5 mg Capsule, $5.25 each
- [ ] 8 mg Capsule, $4.00 each
- [ ] 5 mg Capsule, $3.00 each

#400 Syringes, specify type: 1CC, 31 gA — $80.00
____ Syringes, specify type: ____________

#30 Other: PROSCAR 5Mg — $70.00
#30 ARMOUR THYROID 180mg (3g) — $15.00
#1 NANDROLONE CARGEL 10% 60 mL — $60.00

N

$951.00