**Amounts Paid to**
**OMNI HEALTH / ANA SANTI**

| Source of Funds | 2005 | 2006 | 2005/2006 |
|---|---|---|---|
| Advance | $ 9,925.00 | $ 16,400.00 | $ 26,325.00 |
| American | $ - | $ 14,125.00 | $ 14,125.00 |
| American Pharm | $ 2,350.00 | $ 17,650.00 | $ 20,000.00 |
| Delta | $ 5,130.00 | $ 22,990.00 | $ 28,120.00 |
| Dr. James D' Amico | $ 5,030.00 | $ 7,799.10 | $ 12,829.10 |
| Infinity | $ - | $ 8,000.00 | $ 8,000.00 |
| Metragen | $ 1,000.00 | $ 15,100.00 | $ 16,100.00 |
| Total | $ 23,435.00 | $ 102,064.10 | $ 125,499.10 |