IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR. NO. 07-0022S |
| | : | |
| ANA MARIA SANTI | : | |

CONSENT DECREE FOR FORFEITURE

Now come the United States of America, by and through its attorneys, and the defendant, Ana Maria Santi, individually and by and through his counsel, and agree and stipulate as follows:

1. that on July 13, 2007, the defendant pleaded guilty to Counts 1-29 of the Indictment and agreed that she had derived $24,340 from the controlled substance violations for which she has been convicted;

2. that a final Order of Forfeiture in the form of a personal money judgment in the amount of $24,340 may be entered against the defendant pursuant to the Forfeiture Allegation charged in the Information under 21 U.S.C. § 853 and pursuant to Fed. R. Crim. P. 32.2(b)(1) and (c)(1).

SIGNED AND AGREED:

ROBERT CLARK CORRENTE
NITED STATES ATTORNEY

Adi Goldstein
Adi Goldstein
Assistant U.S. Attorney

DATE: November 2, 2007

Edward C. Roy
EDWARD C. ROY
Counsel for the Defendant

Ana Maria Santi
ANA MARIA SANTI
Defendant

Date 10/2/07