UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-22 S

ANA MARIA SANTI :

DEFENDANT'S MOTION TO AMEND JUDGMENT

NOW comes the defendant, Ana Maria Santi, and moves that this Honorable Court amend the judgment in this case to reflect this court's recommendation that Mrs. Santi's sentence in this case be imposed concurrently with a State of New York sentence imposed on January 14, 2008. ( Copy attached hereto ).

ANA MARIA SANTI,
By her attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

# CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and on Kristin Mattias, USPO on the 2nd day of April, 2008.

/s/ Edward C. Roy, Esquire