Document Number 10111111
Rcvd 01/16/2008 3:30:32 PM

CERTIFICATE OF CONVICTION
C.P.L. 60.60(1)

STATE OF NEW YORK
COUNTY COURT COUNTY OF ALBANY

Index # DA 83-07

The People of the State of New York

against

ANNA MARIE SANTI
a/k/a ANA PASTEWSKI
DOB 01-04-39
NYSID # 9110524M

Defendant

IND/SCI # 30-1314
Date of Arrest: 02-05-07

This is to certify that a Judgment of Conviction has been entered in this Court before HON. STEPHEN W. HERRICK, a Judge-Justice of this Court on March 20, 2007, convicting the above-named defendant of the offense(s) of:

1. PL-178.20 -DF--N-001 2-CRIM DIVERSION PRESCRIP-2ND

AND sentence was imposed as follows:

1. On January 14, 2008 - Sentence Code: IC
   Custody Time: 3Y-6Y

Mandatory Surcharge of $270.00 payable through Inmate's funds.

SECOND FELONY OFFENDER

$50 DNA DATABANK FEE PAYABLE OUT OF INMATE FUNDS

Dated at:

Albany, New York

January 15, 2008

Charles E. Diamond
Chief Clerk

Key to Sentence Codes

C-Custody IC-Indeterminate Custody DC-Determinate Custody
CD-Conditional Discharge UD-Unconditional Discharge OP-Order of Protection
R-Restitution F-Fine TS-Time Served P-Probation CH-House Arrest
PRP-Post Release Parole CS-Community Service